```
MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
MONICA PATEL (Bar No. 220825)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
```

Attorneys for Defendant ROY ALBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>                      Defendants. | Case No.: CR 05 00638 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWING AND TAKING OFF CALENDAR DEFENDANT ROY ALBERT LEWIS'S *PRO SE* MOTIONS** |

    Defendant Roy Albert Lewis respectfully requests that the Court withdraw and take off calendar the following *pro se* motions as they pertain to Roy Albert Lewis:[1]

1. Docket #25   Filed November 15, 2005
   Notice of Acceptance and Notice of Request for Cancellation of Hearings and Withdrawal of Warrants and Request for Order by Roy Albert Lewis

2. Docket #16   Filed November 16, 2005
   Notice of Non Ownership by Roy Albert Lewis

3. Docket #17   Filed November 16, 2005
   Petition in Nature of Motion to Dismiss for Lack of Prosecution and Want of

---

[1] Some of the *pro se* motions that defendant Roy Albert Lewis seeks to withdraw were filed jointly by defendant Roy Albert Lewis and co-defendant LeRoy Albert Lewis. Through this stipulation and proposed order, Roy Albert Lewis seeks to withdraw those jointly filed *pro se* motions cited herein only as they apply to him.

Jurisdiction and Petition in the Nature of Motion for Bond Forfeiture Hearing by Roy Albert Lewis

4. Docket #18   Filed November 16, 2005
   Notice of Claim by Roy Albert Lewis

5. Docket #19   Filed November 16, 2005
   Notice of Surrender of Defendant by Roy Albert Lewis

6. Docket #20   Filed November 16, 2005
   Notice of Applicable Law and Notice of Intent as to Roy Albert Lewis

7. Docket #30   Filed November 22, 2005
   Notice of Correction of Mistake by Roy Albert Lewis

8. Docket #31   Filed November 23, 2005
   Amended Notice and Demand by Roy Albert Lewis

9. Docket #34   Filed November 29, 2005
   Notice of Agreement by Roy Albert Lewis

10. Docket #35   Filed November 29, 2005
    Notice of Request for Documents by Roy Albert Lewis

11. Docket #43   Filed November 29, 2005
    Notice of Related Case to C05-4877 TEH by Roy Albert Lewis

12. Docket #44   Filed December 2, 2005
    Notice of Clarification Regarding Entry of Plea and Regarding Speedy Trial by Roy Albert Lewis

13. Docket #56   Filed December 19, 2005
    Notice of Declaration of Non-Evidence by Affidavit by Roy Albert Lewis

14. Docket #57   Filed December 19, 2005
    Judicial Notice of Acceptance of Fiduciary For Closure by Roy Albert Lewis

15. Docket #59   Filed December 22, 2005
    Notice of Facts in the Nature of a Response to Plaintiff's Motion to Exclude Time by Roy Albert Lewis

16. Docket #63   Filed December 30, 2005
    Notice of Clarification by LeRoy Albert Lewis, Roy Albert Lewis

17. Docket #64 Filed December 30, 2005
Notice of Agreement and Petition in the Nature of a Motion to Dismiss for Failure to Expeditiously Proceed to Trial by LeRoy Albert Lewis, Roy Albert Lewis

The undersigned counsel for plaintiff United States of America ("the Government") has been notified of defendant Roy Albert Lewis's request to this Court that the above-referenced *pro se* motions be withdrawn and taken off calendar as they apply to Mr. Lewis. The Government has no objection to Mr. Lewis's request to this Court.

Additionally, notwithstanding defendant Roy Albert Lewis's request to withdraw and take off calendar his *pro se* motions, both he and the Government agree that the Court's previous Order filed on January 30, 2006 is still in effect as it relates to excluding time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 27, 2006 through March 3, 2006.

Dated: February 21, 2006

*Monica Patel*
MICHAEL J. SHEPARD
MEGAN DIXON
MONICA PATEL
Attorneys for Defendant Roy Albert Lewis

Dated: February __, 2006

_____
ROBERT J. LIVERMORE
Assistant United States Attorney

Accordingly, the Court hereby ORDERS that the seventeen (17) *pro se* motions cited herein be withdrawn and taken off calendar as applied to defendant Roy Albert Lewis. To the extent that any of the jointly filed *pro se* motions cited herein apply to both defendant Roy Albert Lewis and defendant LeRoy Albert Lewis, this order only applies to defendant Roy Albert Lewis.

Furthermore the Court's previous Order filed on January 30, 2006 is still in effect as

3

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

17. Docket #64   Filed December 30, 2005
Notice of Agreement and Petition in the Nature of a Motion to Dismiss for Failure to Expeditiously Proceed to Trial by LeRoy Albert Lewis, Roy Albert Lewis

The undersigned counsel for plaintiff United States of America ("the Government") has been notified of defendant Roy Albert Lewis's request to this Court that the above-referenced *pro se* motions be withdrawn and taken off calendar as they apply to Mr. Lewis. The Government has no objection to Mr. Lewis's request to this Court.

Additionally, notwithstanding defendant Roy Albert Lewis's request to withdraw and take off calendar his *pro se* motions, both he and the Government agree that the Court's previous Order filed on January 30, 2006 is still in effect as it relates to excluding time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 27, 2006 through March 3, 2006.

Dated: February___, 2006

MICHAEL J. SHEPARD
MEGAN DIXON
MONICA PATEL
Attorneys for Defendant Roy Albert Lewis

Dated: February ___, 2006

ROBERT J. LIVERMORE
Assistant United States Attorney

Accordingly, the Court hereby ORDERS that the seventeen (17) *pro se* motions cited herein be withdrawn and taken off calendar as applied to defendant Roy Albert Lewis. To the extent that any of the jointly filed *pro se* motions cited herein apply to both defendant Roy Albert Lewis and defendant LeRoy Albert Lewis, this order only applies to defendant Roy Albert Lewis.

Furthermore the Court's previous Order filed on January 30, 2006 is still in effect as

3

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

it relates to excluding time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 27, 2006 through March 3, 2006.

**IT IS SO ORDERED.**

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Dated:      San Francisco, California
            February _____, 2006

---

4

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI