IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEROY A. LEWIS and ROY A. LEWIS,<br><br>    Defendants.<br>_____/ | Case No. CR05-0638 SI<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR A BILL OF PARTICULARS AS WELL AS GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO SUPPRESS** |

    This Court GRANTS defendants' motion to suppress statements made during the March 10, 2004 meeting with the Government and DENIES defendants' motion to suppress statements made in letters dated August 25 and November 12, 13 and 15, 2004. Furthermore, the Court DENIES defendants' motion for a bill of particularities finding that the indictment has described the basis for the charge of conspiracy with sufficient precision. (Docket ## 74, 79)

    **IT IS SO ORDERED.**

Date: March 6, 2006

                                          SUSAN ILLSTON<br>                                          United States District Judge