| | |
|---|---|
| 1 | MICHAEL J. SHEPARD (Bar No. 91281) |
| 2 | MEGAN DIXON (Bar No. 162895)<br>MONICA PATEL (Bar No. 220825) |
| 3 | Heller Ehrman LLP<br>333 Bush Street |
| 4 | San Francisco, CA 94104-2878<br>Telephone: (415) 772-6000 |
| 5 | Facsimile: (415) 772-6268 |
| 6 | Attorneys for Defendant ROY ALBERT LEWIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>           Defendants. | Case No.: CR 05 00638 SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT TO TRAVEL** |

Defendant Roy Albert Lewis currently resides in Danville, California and is free on bond under conditions set by this Court. One of those conditions is that his travel is restricted to the Northern District of California. Mr. Lewis wishes to travel with his family to and from Yosemite National Park in California from April 14 to April 16, 2006 for the purpose of celebrating Easter weekend.

Mr. Lewis respectfully requests that this Court amend his bond to grant him permission to travel to and from Yosemite National Park in California from April 14 to April 16, 2006 for the purpose of celebrating Easter weekend. Should the Court grant Mr. Lewis's request, Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Pretrial Services. Pretrial

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

Services Officer Betty Kim has been notified of Mr. Lewis's travel request and has no objection.

Dated: April 10, 2006                    Respectfully submitted,

_/s/ Monica Patel_
MICHAEL J. SHEPARD
MEGAN DIXON
MONICA PATEL
Attorneys for Defendant Roy Albert Lewis

The Government has been notified of Mr. Lewis's request to this Court that his bond be amended in order to allow him to travel to and from Yosemite National Park in California from April 14 to April 16, 2006 for the purpose of celebrating Easter weekend. The Government has no objection to Mr. Lewis's motion requesting the amendment of his bond.

Dated: April 10, 2006

_____
ROBERT J. LIVERMORE
Assistant United States Attorney

Accordingly, the Court hereby ORDERS that Roy Albert Lewis shall be permitted to travel to and from Yosemite National Park in California from April 14 to April 16, 2006 for the purpose of celebrating Easter weekend. The Court further ORDERS that Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Pretrial Services.

**IT IS SO ORDERED.**

_/s/ Susan Illston_
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Dated:      San Francisco, California
           April _____, 2006

2

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

Services Officer Betty Kim has been notified of Mr. Lewis's travel request and has no objection.

Dated: April 10, 2006

Respectfully submitted,

MICHAEL J. SHEPARD
MEGAN DIXON
MONICA PATEL
Attorneys for Defendant Roy Albert Lewis

The Government has been notified of Mr. Lewis's request to this Court that his bond be amended in order to allow him to travel to and from Yosemite National Park in California from April 14 to April 16, 2006 for the purpose of celebrating Easter weekend. The Government has no objection to Mr. Lewis's motion requesting the amendment of his bond.

Dated: April 10, 2006

ROBERT J. LIVERMORE
Assistant United States Attorney

Accordingly, the Court hereby ORDERS that Roy Albert Lewis shall be permitted to travel to and from Yosemite National Park in California from April 14 to April 16, 2006 for the purpose of celebrating Easter weekend. The Court further ORDERS that Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Pretrial Services.

**IT IS SO ORDERED.**

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Dated: San Francisco, California
April _____, 2006

2

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI