MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
MONICA PATEL (Bar No. 220825)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant ROY ALBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05 00638 SI |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT TO TRAVEL** |
| LEROY ALBERT LEWIS, ROY ALBERT LEWIS, | |
| Defendants. | |

Defendant Roy Albert Lewis currently resides in Danville, California and is free on bond under conditions set by this Court. One of those conditions is that his travel is restricted to the Northern District of California. Mr. Lewis wishes to travel with his family to and from San Francisco, California to Maui, Hawaii from June 26 to July 4, 2006 for the purpose of attending a wedding and staying for a brief vacation after the wedding ends.

Mr. Lewis respectfully requests that this Court amend his bond to grant him permission to travel to and from San Francisco, California to Maui, Hawaii from June 26 to July 4, 2006 for the purpose of attending a wedding and staying for a brief vacation after the wedding ends. Should the Court grant Mr. Lewis's request, Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Pretrial Services. Pretrial Services Officer Betty Kim has been

notified of Mr. Lewis's travel request and has no objection.

Dated: April 26, 2006  Respectfully submitted,

        s/Michael J. Shepard\_\_\_\_
        MICHAEL J. SHEPARD
        MEGAN DIXON
        MONICA PATEL
        Attorneys for Defendant Roy Albert Lewis

The Government has been notified of Mr. Lewis's request to this Court that his bond be amended in order to allow him to travel to and from San Francisco, California to Maui, Hawaii from June 26 to July 4, 2006 for the purpose of attending a wedding and staying for a brief vacation after the wedding ends. The Government has no objection to Mr. Lewis's motion requesting the amendment of his bond.

Dated: April 26, 2006

        _____
        ROBERT J. LIVERMORE
        Assistant United States Attorney

Accordingly, the Court hereby ORDERS that Roy Albert Lewis shall be permitted to travel to and from San Francisco, California to Maui, Hawaii from June 26 to July 4, 2006 for the purpose of attending a wedding and staying for a brief vacation after the wedding ends. The Court further ORDERS that Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Pretrial Services.

**IT IS SO ORDERED.**

        _____
        SUSAN ILLSTON
        UNITED STATES DISTRICT JUDGE

Dated:    San Francisco, California
          April _____, 2006

2

1 | notified of Mr. Lewis's travel request and has no objection.

2 | Dated: April 26, 2006                   Respectfully submitted,

        _____
        MICHAEL J. SHEPARD
        MEGAN DIXON
        MONICA PATEL
        Attorneys for Defendant Roy Albert Lewis

The Government has been notified of Mr. Lewis's request to this Court that his bond be amended in order to allow him to travel to and from San Francisco, California to Maui, Hawaii from June 26 to July 4, 2006 for the purpose of attending a wedding and staying for a brief vacation after the wedding ends. The Government has no objection to Mr. Lewis's motion requesting the amendment of his bond.

Dated: April 26, 2006

        _____
        ROBERT J. LIVERMORE
        Assistant United States Attorney

Accordingly, the Court hereby ORDERS that Roy Albert Lewis shall be permitted to travel to and from San Francisco, California to Maui, Hawaii from June 26 to July 4, 2006 for the purpose of attending a wedding and staying for a brief vacation after the wedding ends. The Court further ORDERS that Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Pretrial Services.

**IT IS SO ORDERED.**

        _____
        SUSAN ILLSTON
        UNITED STATES DISTRICT JUDGE

Dated:    San Francisco, California
          April _____, 2006

2

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI