IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. CR05-0638 SI |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **Stipulation and Proposed Order to Exclude** |
| | ) **Time Under the Speedy Trial Act** |
| ROY A. LEWIS, | ) |
| | ) |
| Defendant. | ) |

    The United States of America and defendant Roy Albert Lewis, by and through their undersigned counsel, respectfully move the Court in this stipulation to exclude the time between June 30, 2006 and July 31, 2006 for purposes of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The parties request this time to be excluded for Speedy Trial purposes in order to adequately prepare for trial pursuant to 18 U.S.C. § 3161(h)(8).

    The Speedy Trial Act generally requires a defendant to be tried within seventy days of his initial appearance in court. See 18 U.S.C. § 3161(c)(1). Defendant Roy Albert Lewis first appeared in court on October 12, 2005. At a hearing on June 30, 2006, the Court ordered the trial of defendant Roy Albert Lewis to begin on July 31, 2006. This case involves allegations of a highly complex tax conspiracy. The parties cannot adequately prepare for trial within seventy days. In a series of Orders, the Court has previously excluded the time from November 16, 2005 until June 30, 2006 for Speedy

Trial considerations. The parties now agree that the Court should also exclude the time from June 30, 2006 until July 31, 2006 in order to finalize trial preparations, pursuant to 18 U.S.C. § 3161(h)(8).

                                      Respectfully submitted,

                                      KEVIN V. RYAN
                                      United States Attorney
                                      Northern District of California

By:   /s/
        Robert J. Livermore
        Trial Attorney
        United States Department of Justice
        Tax Division
        Northern Criminal Enforcement Section
        601 D Street NW, Suite 7122
        Washington, DC 20044
        (202) 514-2722
        (202) 616-1786 (facsimile)
        Virginia State Bar Number: 42957


        /s/
        Michael J. Shepard
        Megan Dixon
        Monica Patel
        Attorneys for Defendant Roy Albert Lewis

## Order

     The Court finds that the time from June 30, 2006 until July 31, 2006 is properly excluded for Speedy Trial purposes under 18 U.S.C. § 3161(h)(8) to allow the parties to prepare for trial. In so doing, the Court finds that this case is "so complex . . . that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by" the Speedy Trial Act. The Court also finds that the ends of justice are best served by excluding this time, and that this outweighs the interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A). See Zedner v. United States, -- S.Ct.--, 2006 WL 1519360 (June 5, 2006).

     **IT IS SO ORDERED.**

Dated: _____
                                                        SUSAN ILLSTON
                                                        United States District Judge