MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
MONICA PATEL (Bar No. 220825)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant ROY ALBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>　　　　　　　　　Defendants. | Case No.: CR 05 00638 SI<br><br>**STIPULATED CONTINUANCE AND [PROPOSED] ORDER REGARDING (1) HEARING AND DEFENDANT'S REPLY ON MOTION FOR JUDGMENT OF ACQUITTAL OR FOR NEW TRIAL; AND (2) SENTENCING HEARING** |

　　　　Due to the trial and pre-planned vacation schedules of counsel for both parties as well as the anticipated completion date of the Presentence Report ("PSR") and briefing thereon, the undersigned counsel for plaintiff United States of America ("the government") and defendant Roy Albert Lewis ("defendant") respectfully request that this Court grant a continuance of (1) the hearing for defendant's Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 or for New Trial Pursuant to Fed. R. Crim. P. 33 ("Motion for New Trial"); (2) the due date for defendant's reply brief on the Motion for New Trial; and (3) the sentencing hearing.

　　　　Currently, hearing on the Motion for New Trial is set for September 8, 2006 with the defendant's reply brief due on September 5, 2006. The sentencing hearing is set for October 27, 2006. Counsel for both parties respectfully request that these dates be

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

continued for the following reasons:

Government counsel Edward E. Russo is previously committed to pretrial preparation meetings with witnesses in Riverside, California on September 8, 2006, which presents a conflict with the currently scheduled hearing on the Motion for New Trial in this case. Mr. Russo is set to be in trial on that matter, *United States v. Shollenburg*, CR-03-018-RSWL (C.D. Cal.), until an anticipated date of late November 2006. Robert J. Livermore will also be unavailable during this time period.

As previously reported, on September 11, 2006, defendant's counsel, Michael J. Shepard, is scheduled to begin trial in *United States v. McCall*, No. CR-00-0505-MJJ (N.D. Cal.). Mr. Shepard anticipates that the *McCall* trial will be completed by early December 2006. Defendant's other counsel, Megan Dixon, will be out of the country from next week until early October.

Additionally, Probation has informed counsel that the October 27 sentencing date would place a significant burden on their office to get the PSR finished timely on the current schedule. Counsel has conferred with Lynn Richards, the Probation Officer assigned to this matter, and she has represented that her office is currently overwhelmed with work and any extension on the PSR/sentencing hearing deadlines would be welcome. Ms. Richards is in agreement with moving the sentencing date to early January, but is not available the first week of that month, and has suggested that January 12 would be the best date for her. That date would also work for counsel for both parties.

Therefore, counsel jointly HEREBY STIPULATE AND AGREE and respectfully request that the Court extend the post-trial briefing and hearing schedule as follows:

- o The Motion for New Trial hearing be continued from September 8, 2006 to December 8, 2006.
- o The due date for defendant's reply brief for the Motion for New Trial be continued from September 5, 2006 to September 7, 2006.[1]

---

[1] The government's response to defendant's Motion for New Trial is due on Friday, September 1, 2006, which is on the eve of the Labor Day holiday weekend. The current due date for defendant's reply brief is Tuesday, September 5, 2006, which is the day

2

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

- o The sentencing hearing be continued from October 27, 2006 to January 12, 2007. This would make objections to the PSR due on December 18, 2006, and Sentencing Memoranda due on January 5, 2007.

**SO STIPULATED:**

DATED: August 30, 2006            HELLER EHRMAN LLP


                                  By _____/s/_____
                                      MICHAEL J. SHEPARD

                                  Attorney for Defendant
                                  ROY ALBERT LEWIS


DATED: August 30, 2006            KEVIN V. RYAN
                                  United States Attorney
                                  Northern District of California



                                  By _____/s/_____
                                      EDWARD E. RUSSO

                                  Attorney for the United States of America


**IT IS SO ORDERED.**

                                  _____
                                  SUSAN ILLSTON
                                  UNITED STATES DISTRICT JUDGE

Dated:     San Francisco, California
           August_____, 2006

---

immediately following the holiday weekend. Should the Court continue the hearing on the Motion for New Trial, the defendant respectfully requests two additional days to file the reply brief. The government has no objection to this request.

3

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI