MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
MONICA PATEL (Bar No. 220825)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant ROY ALBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>        v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>                                    Defendants. | Case No.: CR 05 00638 SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING BOND** |

Defendant Roy Albert Lewis currently resides in Danville, California and is under supervised release under conditions set by this Court. Mr. Lewis respectfully requests that the Court modify the conditions of his bond as detailed below.

One of the conditions of Mr. Lewis's bond is that he is confined to his home except for travel to and from work, religious worship, and medical appointments. Mr. Lewis respectfully requests that the Court modify his bond to permit him to travel to and from the elementary school of his daughter, Emily Lewis, for the purpose of bringing her to and from school as well as for the purpose of attending parent-teacher conferences. Mr. Lewis also respectfully requests that the Court modify his bond to permit him to attend Emily's weekly soccer games located near his home.

Another condition of Mr. Lewis's bond was that certain members of his family

surrender their passports.  Per this condition Mr. Lewis's step-daughter, Mallory Cotton, has already surrendered her passport.  Mallory, who is currently 19-years-old and attending a local community college, is in the process of applying to a European study abroad program scheduled to begin in January 2007.  In order for her application to be considered, Mallory must submit copies of her passport to the program.  Mr. Lewis respectfully requests that the Court modify the conditions of his bond so that Mallory's passport be returned to her for the purpose of applying for and attending this program.

Pretrial Services Officer Rich Sarlatte has been notified of Mr. Lewis's aforementioned requests and has no objection to Mr. Lewis's motion requesting the amendment of his bond.


Dated:  September 18, 2006                    Respectfully submitted,




_____/s/_____
MICHAEL J. SHEPARD
MEGAN DIXON
MONICA PATEL
Attorneys for Defendant Roy Albert Lewis

The Government has been notified of Mr. Lewis's aforementioned requests and has no objection to Mr. Lewis's motion requesting the amendment of his bond.


Dated:  September 18, 2006


_____/s/_____
EDWARD RUSSO
Assistant United States Attorney

Accordingly, the Court hereby ORDERS that

1.      Roy Albert Lewis shall be permitted to travel to and from Emily Lewis's school for the purpose of bringing her to and from school as well as for the purpose of

2

attending parent-teacher conferences.

     2.     Mallory Cotton's passport shall be returned to her for the purpose of applying for and attending a college study abroad program.

**IT IS SO ORDERED.**

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Dated:     San Francisco, California
           September _____, 2006

3

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI