MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
MONICA PATEL (Bar No. 220825)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant ROY ALBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>　　　　　Defendants. | Case No.: CR 05 00638 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BOND** |

Defendant Roy Albert Lewis currently resides in Danville, California and is under supervised release under conditions set by this Court. One of those conditions is that his travel is restricted to the Northern District of California. Mr. Lewis wishes to travel with his family to and from his grandmother's home, located in Nevada City, California, from December 15, 2006 to December 17, 2006 for the purpose of attending his grandmother's 100th year birthday party. Mr. Lewis respectfully requests that this Court amend his bond to grant him permission to make this trip. Should the Court grant Mr. Lewis's request, Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Probation.

//

//

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

Probation Officer Rich Sarlatte has been notified of Mr. Lewis's travel request and has no objection.

Dated: November 22, 2006    Respectfully submitted,

```
                    /s/
           _____
           MICHAEL J. SHEPARD
           MEGAN DIXON
           MONICA PATEL
           Attorneys for Defendant Roy Albert Lewis
```

The government has been notified of Mr. Lewis's request and has no objection.

Dated: November 22, 2006

```
                    /s/
           _____
           EDWARD RUSSO
           DOJ Trial Attorney
```

Accordingly, the Court hereby ORDERS that Roy Albert Lewis shall be permitted to travel to and from his grandmother's home, located in Nevada City, California, from December 15, 2006 to December 17, 2006 for the purpose of attending his grandmother's 100th year birthday party. The Court further ORDERS that Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Probation.

**IT IS SO ORDERED.**

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Dated:    San Francisco, California
          November _____, 2006

2

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI