MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
MONICA PATEL (Bar No. 220825)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant ROY ALBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>                Defendants. | Case No.: CR 05 00638 SI<br><br>**STIPULATED CONTINUANCE AND [PROPOSED] ORDER REGARDING SENTENCING HEARING AND HEARING ON GOVERNMENT'S MOTION FOR DEFENDANT TO PAY ATTORNEY'S FEES AND EXPENSES** |

      The defendant Roy Albert Lewis has been working diligently to cooperate with the IRS and to prepare for both the deadline to submit materials to Probation (currently set for November 28, 2006) and the sentencing hearing (currently set for January 12, 2007). Despite Mr. Lewis's best efforts, he has not yet been able to make as much progress as he had hoped on these tasks due in part to the failure of an accountant retained to assist him to provide service on a timely basis and Mr. Lewis therefore respectfully requests that this Court grant a short continuance of the sentencing hearing from January 12, 2007 to February 23, 2007.

      Additionally, Probation has informed counsel that the January 12, 2007 sentencing date would place a significant burden on their office to get the PSR finished timely on the current schedule. Counsel has conferred with Lynn Richards, the Probation Officer

assigned to this matter, and she has represented that any extension on the PSR/sentencing hearing deadlines would be welcome. Ms. Richards is in agreement with moving the sentencing date to February 23, 2007.

Thus, Mr. Lewis respectfully requests on behalf of himself and Probation that the sentencing hearing be continued from January 12, 2007 to February 23, 2007. This would make objections to the PSR due on January 29, 2007 and Sentencing Memoranda due on February 16, 2007. Additionally, Mr. Lewis respectfully requests to move the hearing on the government's Motion for Defendant to Pay Attorney's Fees and Expenses from January 12, 2007 to February 23, 2007 since this motion is tied to sentencing related issues.

The government has no objection to continuing the sentencing hearing and the hearing on the government's Motion for Defendant to Pay Attorney's Fees and Expenses. The government is available on February 23, 2007, to attend these hearings.

Finally, both parties respectfully request that if the Court grants this request that the Court also document the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 12, 2007 through February 23, 2007.

Dated: November 22, 2006            Respectfully submitted,


                                           _____/s/_____
                                           MICHAEL J. SHEPARD
                                           MEGAN DIXON
                                           MONICA PATEL
                                           Attorneys for Defendant Roy Albert Lewis

Dated: November 22, 2006


                                           _____/s/_____
                                           EDWARD RUSSO
                                           DOJ Trial Attorney

2

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

The Court hereby finds and holds as follows:

1. Mr. Lewis understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 12, 2007 through February 23, 2007, based upon the need for Mr. Lewis to have additional time to cooperate with the IRS and prepare for both the deadline to submit materials to Probation and the sentencing hearing, as well as for Probation to adequately prepare a PSR.

2. The attorneys for Mr. Lewis join in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 12, 2007 through February 23, 2007, for all the above reasons, and believe the exclusion of time is necessary for Mr. Lewis to have additional time to cooperate with the IRS and prepare for both the deadline to submit materials to Probation and the sentencing hearing, as well as for Probation to adequately prepare a PSR. The attorneys for Mr. Lewis further believe that the exclusion is in Mr. Lewis's best interest and further agree that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from January 12, 2007 to February 23, 2007.

Given the above circumstances, the Court finds that the ends of justice served by excluding the period from January 12, 2007 through February 23, 2007, outweigh the best interests of the public and Mr. Lewis in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, the Court hereby **ORDERS** that:

- The time from January 12, 2007 through February 23, 2007, is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.
- The sentencing hearing is continued from January 12, 2007 to February 23, 2007.
- Objections to the PSR are due on January 29, 2007 and Sentencing Memoranda due on February 16, 2007.

//
//
//

3

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

- The hearing on the government's Motion for Defendant to Pay Attorney's Fees and Expenses is continued from January 12, 2007 to February 23, 2007.

**IT IS SO ORDERED.**

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Dated:    San Francisco, California
          November_____, 2006