MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
MONICA PATEL (Bar No. 220825)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant ROY ALBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>               Defendants. | Case No.: CR 05 00638 SI<br><br>**STIPULATED CONTINUANCE AND [PROPOSED] ORDER REGARDING HEARING ON MOTION FOR JUDGMENT OF ACQUITTAL OR FOR NEW TRIAL** |

The undersigned counsel for plaintiff United States of America and defendant Roy Albert Lewis respectfully request that this Court grant a continuance of the hearing for defendant's Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 or for New Trial Pursuant to Fed. R. Crim. P. 33 ("Motion for New Trial").  Currently, hearing on the Motion for New Trial is set for December 15, 2006.  A scheduling conflict with another governmental agency regarding a separate matter has just arisen for defendant's counsel.  Counsel for both parties are available January 5, 2007 to attend a hearing on the Motion for New Trial.[1]

---

[1] In the event that the Court is unavailable on January 5, 2007, the next date that both counsel are available to attend a hearing on the Motion for New Trial is January 19, 2007.

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

1     Counsel for both parties jointly HEREBY STIPULATE AND AGREE and
2 respectfully request that the Court continue the hearing date for the Motion for New Trial
3 from December 15, 2006 to ~~January 5, 2007.~~ Friday, January 19, 2007, at 11:00 a.m.

**SO STIPULATED:**

Dated: November 28, 2006

                                 /s/
                         MICHAEL J. SHEPARD
                         MEGAN DIXON
                         MONICA PATEL
                         Attorneys for Defendant Roy Albert Lewis

Dated: November 28, 2006

                                 /s/
                         EDWARD RUSSO
                         DOJ Trial Attorney

**IT IS SO ORDERED.**

                         /s/ Susan Illston
                         SUSAN ILLSTON
                         UNITED STATES DISTRICT JUDGE

Dated:    San Francisco, California
              November_____, 2006