MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
MONICA PATEL (Bar No. 220825)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant ROY ALBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>          Defendants. | Case No.: CR 05 00638 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BOND** |

Defendant Roy Albert Lewis currently resides in Danville, California and is under supervised release under conditions set by this Court. One of those conditions is that his travel is restricted to the Northern District of California. Mr. Lewis wishes to travel with his family to and from his step-daughter's home in Patterson, California on January 21, 2007 for the purpose of meeting his new grandson. Mr. Lewis respectfully requests that this Court amend his bond to grant him permission to make this trip. Should the Court grant Mr. Lewis's request, Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Probation.

//

//

//

Probation Officer Rich Sarlatte has been notified of Mr. Lewis's travel request and has no objection.

Dated: January 8, 2007                    Respectfully submitted,

                                           /s/
                                 MICHAEL J. SHEPARD
                                 MEGAN DIXON
                                 MONICA PATEL
                                 Attorneys for Defendant Roy Albert Lewis

The government has been notified of Mr. Lewis's request and has no objection.

Dated: January 8, 2007

                                           /s/
                                 EDWARD RUSSO
                                 DOJ Trial Attorney

Accordingly, the Court hereby ORDERS that Roy Albert Lewis shall be permitted to travel to and from his step-daughter's home in Patterson, California on January 21, 2007 for the purpose of meeting his new grandson. The Court further ORDERS that Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Probation.

**IT IS SO ORDERED.**

                                 _____
                                 SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE

Dated:        San Francisco, California
                January _____, 2007