UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>　　　　　　　　　Defendants. | Case No.: CR 05 00638 SI<br><br>**[PROPOSED] ORDER RE MISCELLANEOUS ADMINISTRATIVE REQUEST OF DEFENDANT ROY ALBERT LEWIS TO FILE DOCUMENTS UNDER SEAL** |

　　　Defendant Roy Albert Lewis's request to file under seal the January 1, 2007 report written by Dr. Paul S.D. Berg is hereby **GRANTED.**

**IT IS SO ORDERED.**

DATED: _____　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER
CASE NO.: CR 05 00638 SI