IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-00638 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S PETITION FOR FIRST AMENDMENT REDRESS OF GRIEVANCE BY SPECIAL APPEARANCE TO CHALLENGE JURISDICTION, ETC.** |
| v. | |
| ROY ALBERT LEWIS, | |
| Defendant. | |

Defendant was convicted by jury verdict on August 10, 2006. On February 23, 2007, the date upon which this Court pronounced sentence, defendant Roy Albert Lewis filed a pro se Petition for First Amendment Redress of Grievance by Special Appearance to Challenge this Court's Want of Article III Jurisdiction and/or Venue over the Defendant-in-error; Petition to Dismiss and Quash and/or Vacate Indictment and Complaint for Want of Jurisdiction and/or Venue Article III.

The petition is without merit and is DENIED.

**IT IS SO ORDERED.**

Dated: February 23, 2007

SUSAN ILLSTON
United States District Judge