UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>　　　　　　　　　　　Defendants. | Case No.: CR 05 00638 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION BY HELLER EHRMAN LLP TO WITHDRAW AS COUNSEL OF RECORD** |

The Court having considered Heller Ehrman LLP's Motion to Withdraw As Counsel of Record and finding good cause therefor, HEREBY ORDERS as follows:

The motion by Heller Ehrman LLP to withdraw as Roy Albert Lewis's counsel is **GRANTED.** Heller Ehrman LLP shall be permitted to withdraw as counsel of record and is hereby relieved and discharged as attorneys for Roy Albert Lewis in this action. The last-known address and telephone number of Roy Albert Lewis is 1400 Santa Rita Road, No. C, Pleasanton, CA 94566, 925-484-5019 and 925-831-1948.

**IT IS SO ORDERED.**

DATED: _____　　　　_____

　　　　　　　　　　　　　　　　　　　　　　The Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER
CASE NO.: CR 05 00638 SI