IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-00638 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S REQUEST FOR ORDER MODIFYING BOND** |
| v. | |
| ROY ALBERT LEWIS, | |
| Defendant. / | |

Defendant was convicted by jury verdict on August 10, 2006, was sentenced on February 23, 2007, and is due to surrender voluntarily to the Bureau of Prisons on April 20, 2007. One of the conditions of his bond was that his passport and his wife Tammy Grisel's passport be held by pretrial services pending surrender.

Defendant now seeks release of his wife's passport to her, so that she can visit Italy prior to his surrender. The request is denied. Ms. Grisel's passport will be released promptly upon defendant's surrender.

**IT IS SO ORDERED.**

Dated: April 4, 2007

SUSAN ILLSTON
United States District Judge