IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROY ALBERT LEWIS,

    Defendant.
                               /

No. C 05-00638 SI
(Civil No. 09-4300 SI)

**ORDER TO SHOW CAUSE**

    Defendant Roy Albert Lewis has filed a motion under 28 U.S.C. § 2255.  On November 24, 2009, the Court issued an order directed the United States to notify the Court within twenty-one days whether defendant's motion will be opposed.  That time is now long expired and the United States has made no filing.  Accordingly, the United States is hereby **ordered to notify the Court in writing, to be filed no later than ten days from the date of this order,** whether it intends to oppose defendant's motion.  In the absence of any such filing, the Court will take defendant's motion under submission and treat it as unopposed.

**IT IS SO ORDERED.**

Dated: February 12, 2010

                                                                                   
SUSAN ILLSTON
United States District Judge