IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Submitting party is directed to serve copies of this order on all parties.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROY A. LEWIS,<br><br>　　　　Defendant-Petitioner. | No. CR-05-00638-SI<br>(Civil No. 09-4300 SI)<br><br><br>**ORDER** |

　　IT IS ORDERED that the government's Ex Parte Application for Extension of Time is hereby GRANTED for a period of sixty (60) days from the original due date set for its Response to Petitioner's Motion to Vacate or Set Aside His Conviction Pursuant to Title 28, United States Code, Section 2255.  The government is ORDERED to respond on or before April 23, 2010.

　　DATED this __16th__ day of February 2010.

_____
SUSAN ILLSTON
United States District Judge