1
2                    UNITED STATES DISTRICT COURT
3                   NORTHERN DISTRICT OF CALIFORNIA
4                        SAN FRANCISCO DIVISION
5

6  UNITED STATES OF AMERICA,        )     No. CR 05-638-SI
                                    )
7         Plaintiff,                )
                                    )
8       v.                          )     ORDER
                                    )
9  ROY ALBERT LEWIS,                )
                                    )
10        Defendants.                )
                                    )
11                                   )
                                    )
12 _____ )

13
        Good cause appearing therefor, IT IS ORDERED that this matter be continued until
14
   February 1, 2013, at 11:00 am for a status hearing or disposition.
15

16
17
18
   DATED: December __6__, 2012
19
                                              _____
20                                            Judge Susan Illston
21
22
23
24
25
26
27
28

*Stipulation*
*Case No. CR 05-638-SI*                       -3-